# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): **Gatlinburg/Sevier County**

Defendant Information:

Juvenile _____ Yes __X__ No     Matter to be Sealed: __X__ Yes _____ No

Defendant Name: **Richard Graham**

Interpreter: No __X__  Yes _____  Language _____

Total # of Counts: _____ Petty  _____ Misdemeanor (Class ____)  __2__ Felony

| | ORIGINAL — U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Aggravated Sexual Abuse - 18 U.S.C. §§ 7(3) and 2241(a) | 1-2 |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT — U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____  Yes _____  Case No. _____

Related Case(s):
_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case:  No _____  Yes _____  Case No. _____

New Separate Case _____     Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____     Appointed: _____

Date: **September 4, 2019**     Signature of AUSA: *Jerry V* (signed)