UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-145-TAV-JEM-1 ) |
| RICHARD GRAHAM, | ) ) |
| Defendant. | ) |

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on August 30, 2023 [Doc. 81], in which Judge McCook recommends that the Court deny defendant's pro se Request for Production of Documents from Petitioner's Former Attorney [Doc. 77] and Request for Courtesy Copy of Court Sentencing Transcript [Doc. 78]. No objections to the R&R have been lodged by either party and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 81]. Defendant's pro se Request for Production of Documents from Petitioner's Former Attorney [Doc. 77] and Request for Courtesy Copy of Court Sentencing Transcript [Doc. 78] are **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE